**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| LISSA ANN HARNISH POIROT, | : CHAPTER 13 |
| | : |
| Debtor | : BKRTCY. NO. 20-10761 pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Debtor, Lissa Poirot, by and through her counsel, Kevin K. Kercher, Esquire, has filed a Motion for Authorization to Incur Post-Petition Secured Debt in the form of a modification of her note and mortgage with PennyMac Loan Services, LLC. The modification provides a substantial benefit to Debtor in lowering the interest rate, extending the repayment period and deferring accrued arrearages without interest.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **June 18, 2020** you or your attorney must do <u>all</u> of the following:

  (a) file an answer explaining your position at

  **Clerk, U.S. Bankruptcy Court
  Suite 103, The Gateway Building
  201 Penn Street
  Reading, PA 19601**

  If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b) mail a copy to the movant's attorney:

  **LAW OFFICES OF KEVIN K. KERCHER, ESQ., P.C.
  Kevin K. Kercher, Esquire
  881 Third Street, Suite #C-2
  Whitehall, PA 18052**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **June 25, 2020, at 11:00 a.m.** in Courtroom #1, 4th Floor, United States Bankruptcy Court, The Gateway, 201 Penn Street, Reading, Pennsylvania, 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: <u>June 4, 2020</u>                              Attorney for Movant

                                                   <u>/s/ Kevin K. Kercher</u>
                                                   **Kevin K. Kercher, Esquire
                                                   881 Third Street, Suite #C-2
                                                   Whitehall, PA 18052
                                                   (610) 264-4120 phone
                                                   (610) 264-2990 fax**