**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| LISSA ANN HARNISH POIROT, | : CHAPTER 13 |
| | : |
| Debtor | : BKRTCY. NO. 20-10761 pmm |

**ORDER RE: DEBTOR'S MOTION TO AUTHORIZE POST-PETITION FINANCING AND APPROVE MODIFICATION AGREEMENT WITH PENNYMAC LOAN SERVICES, LLC**

AND NOW, upon consideration of the Motion of Debtor for Authorization for Post-Petition Financing Pursuant to Section 364 in the form of a modification of her mortgage with PennyMac Loan Services, LLC

IT IS **ORDERED** AS FOLLOWS:

a.  That the Motion is **GRANTED and APPROVED**;

b.  That Debtor is authorized to complete the restructuring upon the terms contained in the Motion; and

c.  That Debtor and PennyMac are authorized to supply and execute any documents necessary to consummate the modification, and counsel or a closing agent is authorized to file any documents with the Lehigh County Recorder of Deeds, if necessary; and

d.  Debtor and PennyMac are hereafter directed to abide by the terms of the modified Note and Mortgage in accordance with applicable state law.

**BY THE COURT:**

*Patricia M. Mayer*

**Date: June 25, 2020**

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**