United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lissa Ann Harnish Poirot  
    Debtor

Case No. 20-10761-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jun 25, 2020  
                        Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.
```
db              Lissa Ann Harnish Poirot,    134 S. Main St.,    Coopersburg, PA 18036-1913
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
cr             +American Express National Bank,    c/o Zwicker & Associates, P.C.,
                80 Minuteman Road, P.O. Box 9043,    Andover, MA 01810-0943
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 26 2020 04:13:02
                Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:
```
              KEVIN K. KERCHER    on behalf of Debtor Lissa Ann Harnish Poirot kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **LISSA ANN HARNISH POIROT,** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BKRTCY. NO. 20-10761 pmm** |

### ORDER RE: DEBTOR'S MOTION TO AUTHORIZE POST-PETITION FINANCING AND APPROVE MODIFICATION AGREEMENT WITH PENNYMAC LOAN SERVICES, LLC

AND NOW, upon consideration of the Motion of Debtor for Authorization for Post-Petition Financing Pursuant to Section 364 in the form of a modification of her mortgage with PennyMac Loan Services, LLC

IT IS **ORDERED** AS FOLLOWS:

a. That the Motion is **GRANTED and APPROVED**;

b. That Debtor is authorized to complete the restructuring upon the terms contained in the Motion; and

c. That Debtor and PennyMac are authorized to supply and execute any documents necessary to consummate the modification, and counsel or a closing agent is authorized to file any documents with the Lehigh County Recorder of Deeds, if necessary; and

d. Debtor and PennyMac are hereafter directed to abide by the terms of the modified Note and Mortgage in accordance with applicable state law.

BY THE COURT:

*Patricia M. Mayer*

**Date: June 25, 2020**

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**