Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 20-10761-PMM**

Lissa Ann Harnish Poirot  
134 S. Main St.  
Coopersburg  PA     18036-1913

Petition Filed Date: 02/05/2020  
341 Hearing Date: 03/10/2020  
Confirmation Date: 07/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2020 | $300.00 | | 04/09/2020 | $300.00 | | 05/11/2020 | $300.00 | |
| 06/11/2020 | $300.00 | | 07/09/2020 | $300.00 | | 08/10/2020 | $300.00 | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,150.00 | $0.00 | $1,150.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $12,184.16 | $0.00 | $12,184.16 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,157.79 | $0.00 | $1,157.79 |
| 3 | AMERICAN EXPRESS NATIONAL BANK C/O ZWICKER AND ASSOCIATES PC<br>»» 003 | Unsecured Creditors | $13,247.52 | $0.00 | $13,247.52 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $853.59 | $0.00 | $853.59 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $5,647.70 | $0.00 | $5,647.70 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $819.91 | $0.00 | $819.91 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $1,011.75 | $0.00 | $1,011.75 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $3,762.90 | $0.00 | $3,762.90 |

**Chapter 13 Case No. 20-10761-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,800.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $176.10 | Total Plan Base: | $10,800.00 |
| Funds on Hand: | $1,623.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.