# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Lissa Ann Harnish Poirot
                Debtor(s)

PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns
                Movant
    vs.

Lissa Ann Harnish Poirot
                Debtor(s)

Scott F. Waterman
                Trustee

CHAPTER 13

NO. 20-10761 PMM

11 U.S.C. Section 362

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Notice of Mortgage Payment Change of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **4/27/2022** as it was accidentally filed under the incorrect Party.

                Respectfully submitted,

                /s/ Rebecca A. Solarz, Esq.
                _____

                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: 4/29/2022