Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-10761-PMM

Lissa Ann Harnish Poirot
134 S. Main St.
Coopersburg  PA    18036-1913

Petition Filed Date: 02/05/2020
341 Hearing Date: 03/10/2020
Confirmation Date: 07/09/2020

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 04/09/2021 | $300.00 | | 05/10/2021 | $300.00 | | 06/09/2021 | $300.00 | |
| 07/12/2021 | $300.00 | | 08/09/2021 | $300.00 | | 09/10/2021 | $300.00 | |
| 10/12/2021 | $300.00 | | 11/09/2021 | $300.00 | | 12/09/2021 | $300.00 | |
| 01/10/2022 | $300.00 | | 02/09/2022 | $300.00 | | 03/09/2022 | $300.00 | |
| 04/11/2022 | $300.00 | | 05/09/2022 | $300.00 | | 06/09/2022 | $300.00 | |
| 07/12/2022 | $300.00 | | | | | | | |

Total Receipts for the Period: **$4,800.00**  Amount Refunded to Debtor Since Filing: **$0.00**  Total Receipts Since Filing: **$8,700.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,150.00 | $1,150.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $12,184.16 | $2,143.89 | $10,040.27 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,157.79 | $203.71 | $954.08 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $13,247.52 | $2,330.92 | $10,916.60 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $853.59 | $144.15 | $709.44 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $5,647.70 | $993.72 | $4,653.98 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $819.91 | $138.38 | $681.53 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $1,011.75 | $170.83 | $840.92 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $3,762.90 | $662.14 | $3,100.76 |

**Chapter 13 Case No. 20-10761-PMM**

| SUMMARY |
|:-------:|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,700.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $7,937.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $743.10 | Total Plan Base: | $10,800.00 |
| Funds on Hand: | $19.16 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.