Certificate Number: 15317-PAE-DE-036966667

Bankruptcy Case Number: 20-10761



15317-PAE-DE-036966667

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 9, 2022</u>, at <u>4:33</u> o'clock <u>PM PST</u>, <u>Lissa Poirot</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 9, 2022</u>   By:  <u>/s/Rolyn Martinada</u>

Name:  <u>Rolyn Martinada</u>

Title:  <u>Credit Counselor</u>