United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-10761-pmm

Lissa Ann Harnish Poirot  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Dec 21, 2022      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lissa Ann Harnish Poirot, 134 S. Main St., Coopersburg, PA 18036-1913 |
| 14463676 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster & Garbus, LLP, 60 Motor Parkway, Commack, NY 11725-5710 |
| 14463682 | + | Penny Mac Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 22 2022 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 22 2022 00:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14463669 | + | Email/PDF: bncnotices@becket-lee.com | Dec 22 2022 00:36:33 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14470333 | + | Email/Text: bkfilings@zwickerpc.com | Dec 22 2022 00:31:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14474018 | + | Email/Text: bkfilings@zwickerpc.com | Dec 22 2022 00:31:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14463670 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 22 2022 00:31:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 14463673 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 22 2022 00:31:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14463671 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 22 2022 00:36:26 | Capital One Auto Finance, PO Box 60511, City Of Industry, CA 91716-0511 |
| 14465819 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2022 00:36:29 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14482231 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2022 00:36:29 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14463672 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 00:36:25 | Capital One Bank (USA), N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14468032 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 00:36:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14482873 | | Email/PDF: bncnotices@becket-lee.com<br>Dec 22 2022 00:36:27 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14463674 | | Email/PDF: creditonebknotifications@resurgent.com<br>Dec 22 2022 00:36:29 | | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14463675 | + | Email/Text: crdept@na.firstsource.com<br>Dec 22 2022 00:31:00 | | FirstSource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14463677 | | Email/Text: reports@halstedfinancial.com<br>Dec 22 2022 00:31:00 | | Halsted Financial Services, PO Box 828, Skokie, IL 60076-0828 |
| 14463678 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Dec 22 2022 00:36:33 | | Home Depot, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14463679 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Dec 22 2022 00:36:32 | | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14483811 | + | Email/Text: RASEBN@raslg.com<br>Dec 22 2022 00:31:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14463680 | | Email/Text: PBNCNotifications@peritusservices.com<br>Dec 22 2022 00:31:00 | | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14468864 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Dec 22 2022 00:36:26 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14463681 | | Email/Text: bankruptcydpt@mcmcg.com<br>Dec 22 2022 00:31:00 | | Midland Credit Mgmt., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14476777 | ^ | MEBN<br>Dec 22 2022 00:27:36 | | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14494161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Dec 22 2022 00:36:30 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14493227 | + | Email/PDF: ebnotices@pnmac.com<br>Dec 22 2022 00:36:33 | | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14486296 | | Email/Text: bnc-quantum@quantum3group.com<br>Dec 22 2022 00:31:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14463683 | | Email/PDF: gecsedi@recoverycorp.com<br>Dec 22 2022 00:36:29 | | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14493704 | + | Email/Text: bncmail@w-legal.com<br>Dec 22 2022 00:31:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14463684 | | Email/Text: bncmail@w-legal.com<br>Dec 22 2022 00:31:00 | | Target Credit Card, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 21, 2022 | Form ID: 138OBJ | Total Noticed: 32

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
 on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KEVIN K. KERCHER
 on behalf of Debtor Lissa Ann Harnish Poirot kevinkk@kercherlaw.com kevin@kercherlaw.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lissa Ann Harnish Poirot
    Debtor(s)

Case No: 20−10761−pmm
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/21/22