United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-10761-pmm
Lissa Ann Harnish Poirot     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 1
Date Rcvd: Mar 15, 2023     Form ID: 195     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lissa Ann Harnish Poirot, 134 S. Main St., Coopersburg, PA 18036-1913 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | on behalf of Debtor Lissa Ann Harnish Poirot kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PennyMac Loan Services LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:   : Chapter 13

Lissa Ann Harnish Poirot   : Case No. 20−10761−pmm
    Debtor(s)

### ORDER
_____

AND NOW, this day , March 15, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

48
Form 195